UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **POLLY'S FOOD SERVICE, INC.,** | **2:21-CV-12895-TGB-KGA** |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| **UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION – INDUSTRY PENSION FUND,** | |
| Defendant. | |

## JUDGMENT

In accordance with the opinion and order issued on this date, **GRANTING** Defendant's Motion to Dismiss;

It is **ORDERED AND ADJUDGED that** the Plaintiff's case is **DISMISSED** without prejudice.

Dated at Detroit, Michigan:  September 15, 2022.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE